**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIDGIT LOMBARD** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 17–964** |
| **v.** | : | |
| | : | |
| **LASSIP, INC., f/ka/ Nathan Sports, Inc., Nathan Brands, Inc., and Penguin Brands, Inc.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

    **AND NOW**, this 12th day of December, 2017, upon consideration of Plaintiff Bridgit Lombard's Motion for Leave to File an Amended Complaint (Doc. No. 6.), Defendant Lassip, Inc.'s Response in Opposition (Doc. No. 7), and Plaintiff's Reply Brief (Doc. No. 10), it is **ORDERED** that the Motion is **DENIED**.


                                      **BY THE COURT:**


                                       **/s/ Mitchell S. Goldberg**
                                       **_____**
                                       **Mitchell S. Goldberg,          J.**